Plaintiff's Name LAMAR McQUEEN

Inmate No. E-93133

Address MCSP - A2 - 10

P.O. Box 409020

IONE CA 95640

IN PRO PER

**FILED**

**JUL 07 2015**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMAR McQUEEN
_____
(Name of Plaintiff)

vs.

EDMUND BROWN, GOVERNOR, et al
J. LEWIS DEPUTY DIRECTOR
CDCR - DIRECTOR
_____
_____
_____
_____
(Names of all Defendants)

_____
(Case Number)

COMPLAINT

Civil Rights Act, 42 U.S.C. § 1983

2:15 CV 1450 KJN (PC)

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

A.  Have you brought any other lawsuits while a prisoner? Yes ___ No ✓

B.  If your answer to A is yes, how many? _____
    Describe previous or pending lawsuits in the space below.
    (If more than one, use back of paper to continue outlining all lawsuits.)

    1. Parties to this previous lawsuit:

    Plaintiff _____

    Defendants _____

    _____

    _____

    2. Court (if Federal Court, give name of District; if State Court, give name of County)

    _____

    3. Docket Number _____  4. Assigned Judge _____

    5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

    _____

    6. Filing date (approx.) _____  7. Disposition date (approx.) _____

1

**II.    Exhaustion of Administrative Remedies**

A.    Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓    No___

B.    Have you filed an appeal or grievance concerning ALL of the facts contained in this complaint?

Yes ✓    No___

If your answer is no, explain why not____

C.    Is the process completed?

Yes ✓    If your answer is yes, briefly explain what happened at each level.

EXHAUSTED   602 APPEAL

No___    If your answer is no, explain why not.

NOTICE:    Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

**III.    Defendants**

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A.    Defendant _____ is employed as _____
      _____ at _____

2

B. Additional defendants _____ -SEE ATTACHMENT_____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. PLAINTIFF CURRENTLY IS HOUSED UNDER THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR) HERE AT MULE CREEK STATE PRISON IN IONE, CA. I'M A TRANSSEXUAL WOMAN THAT IS ON FEMINIZING HORMONE THERAPY SINCE JUNE 2, 2011. I'VE BEEN SEEKING MEDICALLY NECESSARY SURGERY (SRS) SEXUAL REASSIGNMENT SURGERY DUE TO THE FACT I EXPERIENCE SEVERE GENDER DYSPHORIA AND DISTRESS RESULTING FROM MY INCONGRUENCE BETWEEN MY MALE PHYSICAL FEATURES AND MY FEMALE GENDER IDENTITY AND I SUFFER MENTAL ANGUISH THAT HAS MANIFESTED EVEN WITH MY CHEMICAL CASTRATION. I WAS BORN LAMAR McQUEEN, ON 7-31-72 IN LONG BEACH, CALIFORNIA AND IN CHILDHOOD AND EARLY ADOLESCENCE, I ALWAYS FELT UNCOMFORTABLE IN MY MALE GENDER ASSIGNED TO ME AT BIRTH. AT TEN YEARS OLD IT HAD MANIFESTED AS I PLAYED WITH DOLLS AND PREFERRING TO SOCIALIZE WITH GIRLS. (SEE ATTACHED MOVING PAGES)

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

(SEE ATTACHMENT)

I declare under penalty of perjury that the foregoing is true and correct.

Date  6·13·15          Signature of Plaintiff _____
                              NINA  McQUEEN

(revised 6/01/04)

3

## IV. STATEMENT OF CLAIMS

I EXPERIENCED DRESSING IN FEMALE CLOTHES AT SCHOOL. I NEVER FELT COMFORTABLE IN MY OWN SKIN AND ON 1-22-94 I WAS INCARCERATED AND CHARGED WITH P.C. 187 MURDER FIRST.

2. I HAD ATTEMPTED SUICIDE NUMEROUS TIMES RELATING TO MY GENDER DYSPHORIA. ON 7-20-10 I HAD MY INITIAL CONSULTATION AT THE TRANSGENDER CLINIC. I HAVE A FEMININE APPEARANCE LONG BRAIDED HAIR MAKE UP AND EYE SHADOW MY NAME IS NENA MCQUEEN AND HAVE EFFECTIVELY LIVED AS A WOMAN OUTSIDE AND INSIDE PRISON AND WAS HOUSED IN A E.O.P. MENTAL SUICIDE HOUSING AND CANNOT LIVE WITH MY GENITALS AND PENIS AND HAVE TRIED TO CUT IT OFF. ALSO HAVE SEEKED A LEGAL NAME CHANGE AND HAVE BEEN DEPRIVED OF THAT AND ITEMS CLOTHING MAKE UP SRS ON THE BASIS OF GENDER AND TRANS-GENDER STATUS TO WHICH CIS-WOMEN ARE NOT REFUSED OR DEPRIVED THE RIGHTS.

## JURISDICTION

3. PLAINTIFF BRINGS THIS CIVIL RIGHTS ACTION UNDER 42 U.S.C. § 1983 TO SEEK PROSPECTIVE INJUNCTIVE RELIEF BASED UPON DEFENDANTS FAILURE TO PROVIDE PLAINTIFF WITH MEDICALLY NECESSARY SURGERY IN VIOLATION OF THE EIGHTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION AND FAILURE TO PROVIDE PLAINTIFF ACCESS TO CLOTHING, COSMETICS AND HYGIENE ITEMS AVAILABLE TO INMATES HOUSED IN FEMALE INSTITUTIONS IN VIOLATION OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

4. THIS COURT HAS JURISDICTION OVER THE CLAIMS PURSUANT TO 42 U.S.C. §§ 1331 AND 1343 (a)(3).

5. VENUE IS APPROPRIATE IN THIS JUDICIAL DISTRICT PURSUANT TO 42 U.S.C. § 1391 (b)(2). AS A SUBSTANTIAL PART OF THE EVENTS GIVING RISE TO THE CLAIMS OCCURED IN THE EASTERN DISTRICT OF CALIFORNIA.

## FEDERAL APPEALS COURT: IT'S CRUEL AND UNUSUAL PUNISHMENT TO DENY TRANSGENDER INMATES' SURGERY

A panel of the First Circuit Court of Appeals ruled 2-1 on Friday in favor of Massachusetts transgender inmate Michelle Kosilek, affirming a lower court ruling that she deserves the sex reassignment surgery (SRS) her doctors have prescribed. The epic ruling details Kosilek's 20-year struggle to obtain the proper treatment and the lengths that the Massachusetts Department of Corrections (DOC) have gone to delay allowing her to receive it — a violation of the Eighth Amendment of the Constitution, which forbids "cruel and unusual punishment."

The decision, itself, represents further delay, because the DOC appealed the lower court decision to again avoid allowing Kosilek to obtain the treatment that her doctors had deemed "medically necessary." In their appeal, the DOC

*Art by B\*S, Texas*

challenged two points made by the lower court: 1) that denying Kosilek sex reassignment surgery constituted unconstitutionally "inadequate medical care" and 2) that the DOC was not deliberately indifferent to her need for treatment.

The majority, in an opinion written by Judge O. Rogeriee Thompson, an Obama appointee, rejected these two challenges. The only medical professionals who disagreed that Kosilek was deserving of SRS were those who the DOC sought out knowing that they would be biased against recommending such treatment. The fact that doctors could be found to provide such a conclusion was not enough to disprove what the rest of her doctors insisted, let alone the fact that Kosilek had already twice attempted suicide and once attempted self-castration...

In defense of its second challenge, the DOC argued that it had significant security concerns relating to Kosilek both traveling to receive the surgery — that she might be a flight risk — and reintegrating into the prison — that she would either be a victim if she continued to serve in the men's prison or a threat and a flight risk if she were placed into a women's prison. The majority dismissed the first argument outright:

The likelihood of Kosilek, who has been transported to multiple doctor's appointments without issue, fleeing while traveling to receive the surgery that she has dedicated decades of her life to obtaining is improbable enough that we need say nothing more. Almost equally as unlikely is the idea that a now sixty-four year old, post-surgical, recovering Kosilek would be able to escape when being transported back to prison. *Continued on Page 5...*

# PARTIES

5. PLAINTIFF NINA McQUEEN IS A CITIZEN OF CALIFORNIA CURRENTLY HOUSED AT MULE CREEK STATE PRISON IN IONE, CALIFORNIA BY THE CDCR AND PLAINTIFF EXPERIENCES SEVERE DYSPHORIA AND DISTRESS RESULTING FROM THE INCONGRUENCE BETWEEN HER MALE PHYSICAL FEATURES AND HER FEMALE GENDER IDENTITY. SHE CONSISTENTLY LIVES OPENLY AS A FEMALE AND HAS TAKE FEMINIZING HORMONES, YET I STILL SUFFER FROM EXTREME DYSPHORIA AND DEFENDANTS HAVE REFUSED TO ALLOW HER TO OBTAIN MED-ICALLY NECESSARY SURGERY TO FURTHER HER TREATMENT WHICH IS DELIBERATELY INDIFFERENT TO HER SAFETY AND PLACES HER AT RISK.

6. DEFENDANT, J. LEWIS, DEPUTY DIRECTOR IS A RESIDENT OF CALIFORNIA. UPON INFORMATION AND BELIEF, AT ALL RELEVANT TIMES HE IS AN EM-PLOYEE OF THE CDCR AND HIS RESPONCE EXHAUSTS MY ADMINISTRATIVE REMEDIES UNDER THE DEPUTY DIRECTOR, POLICY AND RISK MANAGEMENT SERVICES (SEE EXHIBIT 1 DIRECTOR'S LEVEL DECISION APPEAL PARTLY GRAN-TED)

7. PLAINTIFF IS REQUESTING THAT HER ACTION BE REFERRED TO THE FEDERAL PRO BONO PROJECT FOR THE PURPOSE OF APPOINTING COUNSEL FOR HER CLAIMS TO FILE AN AMENDED COMPLAINT CURING THESE DEFICIENCIES. FOR PLAINTIFF DOES NOT HAVE THE ABILITY TO DO SO.

8. BASED UPON DEPRIVATION OF THE EIGHTH AMENDMENT RIGHTS TO BE PROVIDED MEDICALLY NECESSARY SURGERY THAT HAS MANIFESTED DELIBERATE INDIFFERENCE TO THE MENTAL ANGUISH AND SUFFERING STILL RESULTING FROM DEEP ANXIETY AND DISTRESS INCLUDING MALE GENITALIA AND HER GENDER DYSPHORIA BY FAILING TO PROVIDE SRS ESTABLISHED BY THE WPATH AND DEFENDANTS DISCRIMINATORY POLICY AND THE DEPRIVATION OF THE 14TH AMENDMENT RIGHT TO EQUAL PROTECTION ON THE BASIS OF TRANSGENDER STATUS AND REFUSING ACCESS TO

PERSONAL ITEMS APPROVED AND AVAILABLE TO INMATES IN FEMALE INST-
ITUTIONS THAT IS CAUSING IRREPARABLE HARMS WITH NO RELATED LEG-
ITIMATE GOVERNMENT INTEREST REFUSING ACCESS TO ITEMS.

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF PRAYS FOR JUDGMENT AGAINST DEFENDANTS

9. ENTER INJUNCTIVE RELIEF DECLARING CALIFORNIA CODE OF REGULATIONS,
TITLE 15, SECTION 3350.1(b)(2), CDCR DEPARTMENT OPERATIONS MANUAL
SECTION 91020.26 AND CDCR'S DISCRIMINATORY RESTRICTIONS OF WOMENS
ITEMS;

10. ENTER INJUNCTIVE RELIEF ENJOINING DEFENDANTS FROM INTERFERING
WITH THE DISCRETION OF PROFESSIONALS INVOLVED IN PLAINTIFF'S CARE;

11. ENTER INJUCTIVE RELIEF ENJOINING DEFENDANTS TO PROVIDE PLAINTIFF
WITH ADEQUATE MEDICAL CARE. INCLUDING ACCESS TO APPROPRIATE
SPECIALIST AND SRS;

12. AWARD REASONABLE ATTORNEY FEES AND COSTS TO PLAINTIFF PURSUANT
TO 42 U.S.C. § 1988; AND

13. SUCH OTHER RELIEF AS THE COURT FINDS APPROPRIATE IN THE
INTEREST OF JUSTICE.

DATED: 6.13.15

BY ___Y. McQueen___
NINA MCQUEEN

-4-

ORIGINAL

# INSTRUCTIONS FOR FILING A COMPLAINT BY A PRISONER UNDER CIVIL RIGHTS STATUTE 42 U.S.C. § 1983

## I. Scope of Section 1983

An action under Section 1983 is available to challenge violations of the federal constitution or federal statutes which affect the conditions of your confinement or your treatment by government employees while in custody. Although you may ask for and obtain money damages or an injunction under Section 1983, the court cannot issue an order which could affect the length of your sentence in any way. Those types of claims may be raised only through a petition for writ of habeas corpus. If you want to file a petition for a writ of habeas corpus, you must do so on the correct forms, which are provided by the Clerk of the Court on request.

### A. Exhaustion of Administrative Remedies

If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1199 (9th Cir. 2002). Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit. Booth, 532 U.S. at 734.

## II. Packet

A copy of a complaint form is attached to this instruction sheet. In addition, included in the packet is an information sheet for prisoners seeking leave to proceed in forma pauperis (without prepayment of filing fees) and a copy of an application to proceed in forma pauperis. To file an action, you must send all the following items to the court:

1. An original and one copy of the complaint. You must keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original. If you wish to have a conformed copy of your complaint returned to you, you must send, in addition to the original, two extra copies and provide the court with a self-addressed postage paid envelope

2. Either a completed in forma pauperis application or the $350.00 filing fee.

CCI APPROVAL

NOTICE: Leave to proceed in forma pauperis allows a case to proceed without *pre-payment* of the filing fee. However, a prisoner who brings a civil action in forma pauperis shall nevertheless be required to pay the full amount of the filing fee. The court shall collect the filing fee through deductions from the prisoner's trust account. Dismissal of the case does not excuse payment of the full filing fee. See 28 U.S.C. § 1915.

1

NINA SIGN ALL FORMS, MAKE 3
COPIES, KEEP ORIGINAL EXHIBITS, BUT
MAIL ORGINAL COMPLAINT you COPY.

## VI. After the Complaint is Filed

Once the complaint is filed, the court will review it and decide whether to order service of the complaint on the defendants. You will be sent a copy of any order the court issues. Because of the large volume of cases filed by inmates pending in this court, the court WILL NOT ANSWER INQUIRIES concerning the status of your complaint.

> You must keep the Clerk of the Court informed of any change of address. If you fail to do so, the Clerk cannot be responsible for your failure to receive Court orders. This could result in the dismissal of your suit.

The Clerk of the Court cannot provide copies of documents to litigants, except at a charge of fifty cents ($0.50) per page. This charge also applies to litigants proceeding in forma pauperis. Therefore you must keep copies of all documents submitted to the court for your own records.

## VII. Submission of Original Paper Exhibits

The Eastern District of California converted to an electronic filing, service, and storage system, effective January 3, 2005. Pro se litigants are exempt from the electronic filing requirement and must submit all documents to the court in paper. Local Rule 5-133(b)(2). Paper documents submitted by pro se litigants for filing will be scanned into the electronic court file by the Clerk's Office. After being scanned into the electronic court file, the paper documents will be retained in the Clerk's Office for a limited period of time and then discarded. Local Rule 39-138(d). For this reason, pro se litigants are cautioned not to send original exhibits to the court. If pro se litigants choose to submit exhibits to the court, the litigants shall retain their original exhibits and send photocopies to the court.

(Revised 8/30/06)

3

## III. Complaint Form

Your complaint must be legibly handwritten or typewritten. You must sign the complaint and declare under penalty of perjury that the facts stated in the complaint are correct. If you need additional space to answer a question, you should attach an additional blank page. You are required to state facts in support of each claim. The complaint should refer to the provision of the federal constitution or federal law on which you are relying, but should not contain legal arguments or citations.

## IV. Venue

Your complaint should be filed in the Fresno Division of this court only if one or more of the named defendants is located in the Fresno Division of the Eastern District of California, or if your claim arose in the Fresno Division of this district. The Fresno Division of the Eastern District of California is comprised of the following counties: Fresno, Calaveras, Inyo, Kern, Kings, Madera, Mariposa, Merced, Stanislaus, Tulare, and Tuolumne.

Your complaint should be filed in the Sacramento Division of this court only if one or more of the named defendants is located in the Sacramento Division of the Eastern District of California, or if your claim arose in the Sacramento Division of this district. The Sacramento Division of the Eastern District of California is comprised of the following counties: Alpine, Amador, Butte, Colusa, El Dorado, Glenn, Lassen, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sutter, Tehama, Trinity, Yolo, and Yuba..

## V. Mailing the Forms

When all of the forms described in part II are completed, if you are filing your case in the Fresno Division, mail the original and copies to:

Clerk of the U.S. District Court
for the Eastern District of California
2500 Tulare Street, Suite 1501
Fresno, California 93721-2201

If you are filing your case in the Sacramento Division, mail the original and copies to:

MAIL TO ▸

Clerk of the U.S. District Court
for the Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, California 95814

DATE

GET TRUST WITHDRAW
FOR POSTAGE
BIG ENVELOPE TO
MAIL. CCI COUNSE LORS
APPROVAL FORMA PAUPERIS
FILING FEES ATTACH THESE

3 PAGES TO COMPLAINT

2

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**



**Date:** JUN 0 3 2015

**To:** MC QUEEN, LAMAR (E93133)
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

**From:** California Correctional Health Care Services
Inmate Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking/Log # :** MCSP HC 14045912

This appeal was reviewed by Inmate Correspondence and Appeals Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

### DIRECTOR'S LEVEL DECISION:

Appeal is Partially Granted. This decision exhausts your administrative remedies.

### APPEAL REQUESTS:

You requested:
- Psychiatric assessment for Sex Reassignment Surgery (SRS).
- Primary Care Provider assessment for SRS.
- Electrolysis for hair removal.
- SRS.

### BASIS FOR DIRECTOR'S LEVEL DECISION:

Your appeal file and documents obtained from your Unit Health Record were reviewed by licensed clinical staff. These records indicate:
- You are receiving medical and mental health treatment for your Gender Dysphoria (GD).
- You are seeing a GD Endocrinologist and receiving hormone therapy, which is being adjusted based on your medical responses.
- You have an active Medical Classification Chrono designating that you are transgender.

Regarding your requests for psychiatric assessment for SRS, medical assessment for SRS, and to receive SRS: The medical treatment and management of GD is a multidisciplinary effort involving mental health, medical and other health care professionals working with the GD patient to assist with the process of determining whether gender reassignment surgery is medically necessary for you. Your requests will be reviewed by the Institutional Utilization Management Committee (IUMC). This review will occur within the next 60 working days. If the IUMC determines that SRS may be appropriate for your GD care, your case will be sent to the Headquarters Utilization Management Committee (HQUM) pursuant to Title 15 California Code of Regulations Section 3350.1(d), for review of your requests. Based on the foregoing, your requests for psychiatric assessment for SRS, medical assessment for SRS, and to receive SRS are partially granted.

---

Regarding your request for electrolysis for hair removal: There is no notation by your medical providers and mental health clinicians in your medical records that it is medically necessary for you to undergo hair removal by electrolysis. This procedure is cosmetic in nature and is not provided for any inmate in CDCR regardless of biological gender or gender identity pursuant to 15 CCR 3350.1. Based on the foregoing, your request for electrolysis for hair removal is denied.

After review, no Modification Order is issued, but the progress of the review of your request by the IUMC will be tracked and evaluated by the Inmate Correspondence and Appeals Branch to monitor this process as stated above.

## RULES AND REGULATIONS:

The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

## ORDER:

No changes or modifications are required by the institution.

*J. Lewis*

J. Lewis, Deputy Director
Policy and Risk Management Services
California Correctional Health Care Services

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES


**Institution Response for Second Level HC Appeal**

**Date:** 2/16/2015

**To:** MC QUEEN, LAMAR (E93133)
A 002 1105001U
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

**Tracking/Log #:** MCSP HC 14045912

**Appeal Issues:**
In your California Department of Corrections and Rehabilitation (CDCR) Health Care Appeal form 602-HC (CDCR 602-HC) received on 1/14/2015, you indicated:

| Issue Type | Action Requested |
|---|---|
| **Issue 1:** Surgical Issues ( Transgender ) | Requests sex reassignment surgery. |
| **Issue 2:** Access to Care ( MD Appointment ) | Requests psychiatric assessment for transgender surgery |

ISSUE:

It is your position that you have been deemed to have a profound Gender Identity Disorder (GID). You state you are a patient currently housed at Mule Creek State Prison (MCSP) at the Enhanced Outpatient Program (EOP) level of care. You state you have been psychiatrically hospitalized in the community and have been on hormone therapy since June 2, 2011. You state your emotions have intensified over the years and in your childhood you were feminine and tried to amputate your penis and castrate yourself due to your emotional turmoil. You state you are now seeking surgery called by the World Professional Association for Transgender Health (WPATH) the triadic therapy protocol, and access to an assessment for medically necessary sex reassignment surgery (SRS) due to severe pain and critical factors and to ultimately alleviate symptoms and treat your condition. You state you have openly identified as a female in prison and have developed breasts and a feminine body shape. You state denying you SRS each time you request it is inadequate and constitutes unconstitutionally deliberate indifference of needed treatment. You state ignoring the facts of depression symptoms from gender dysphoria is not reasonable and is inappropriate. You state even within the CDCR you are entitled to medically necessary treatment as part of the GID transition. You state you are requesting hair electrolysis removal as part of the treatment.

You request in this appeal to be provided a psychiatric assessment for surgery. You request to see a MCSP A Yard facility primary care physician (PCP) for an assessment for surgery. You request hair electrolysis removal. You request SRS.

INTERVIEWED AT THE FIRST LEVEL BY: G. Peterson, Physician and Surgeon, December 23, 2014.


I HAVE talked to MENTAL HEALTH
And WAS INFORMED that they ARE
UNAWARE OF ANY SCHEDULED INTERVIEW
OR EVALUATION. I WAS told its ALREADY DONE



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



## Institution Response for First Level HC Appeal

**Date:** 1/9/2015

**To:** MC QUEEN, LAMAR (E93133)
A 005 2225001L
Mule Creek State Prison
P.O. Box 409099
Ione, CA 95640

**Tracking/Log #:** MCSP HC 14045912

### Appeal Issues:
In your California Department of Corrections and Rehabilitation (CDCR) Health Care Appeal form 602-HC
(CDCR 602-HC) received on 11/25/2014, you indicated:

| Issue Type | Action Requested |
|---|---|
| **Issue 1:** Surgical Issues ( Transgender ) | Requests sex reassignment surgery. |
| **Issue 2:** Access to Care ( MD Appointment ) | Requests Psychiatric assessment for transgender surgery |

You are appealing:
It is your position that you have been deemed with a profound Gender Identity Disorder (GID). You state you are
a patient currently housed at Mule Creek State Prison (MCSP) at the Enhanced Outpatient Program (EOP) Level
of Care (EOP). You state you have been psychiatrically hospitalized in the community and on the hormone
therapy from June 2, 2011 to date. You state your emotions have intensified over the years and in your childhood
you were feminine and tried to amputate your penis and castrate yourself due to your emotional turmoil. You
state you are now seeking surgery called the "WPATH Protocol 'Triadic Therapy'" and access to an assessment
for medically necessary Sex Reassignment Surgery (SRS) due to severe pain and critical factors to ultimately
alleviate your symptoms and to treat your condition. You state you have openly identified as a female in prison
with developed breasts and feminine body shape. You state that denying you SRS each time you request is
inadequate and "constitutes unconstitutionally a deliberately indifference of needed treatment and ignoring the
facts of depression symptoms of gender dysphoria is not reasonable and inappropriate even within CDCR" you are
"entitled to medically necessary treatment as part of the GID transition." You state you are requesting hair
electrolysis removal as part of the treatment.

You are requesting:
You request in this appeal to be provided a psychiatric assessment for surgery. You request to see MCSP Facility
A Primary Care Physician (PCP) for an assessment for surgery. You request hair electrolysis removal. You
request Sex Reassignment Surgery (SRS).

### Evaluation/Conclusion

### Decision:
Your appeal request is granted in part at the first level. During the interview with Dr. Pettersen on
December 24, 2014, you were allowed the opportunity to explain fully your appeal issue. You did not add any
new content during your appeal interview. Your appeal, electronic Unit Health Record (eUHR) and all pertinent
departmental policies and procedures were reviewed.

Response:

During your first level interview on December 24, 2014 you were informed by Dr. Pettersen that you would be referred to Mental Health for a psychiatric evaluation. Dr. Pettersen stated that once the psychiatric evaluation is complete you will be scheduled to be seen in the Medical Clinic for a possible referral to the Endocrinologist (Transgender Specialist). Your appeal is partially granted as you have been referred to Mental Health.

Your name does not appear on the Equally Effective Communication to Inmates with less than 4.0 T.A.B.E. Reading Score and Learning Disabled Memorandum, you are not listed as Developmentally Disabled under the Effective Communication Plan, nor are you hearing, speech or vision impaired under the Americans with Disabilities Act or the Armstrong Remedial Plan.

You are advised that this issue may be submitted for a Second Level of Review if desired.

This appeal response was typed by Health Care Appeals Office staff.

C. Smith, MD, FACP
Chief Physician & Surgeon
Mule Creek State Prison

C: C-File
Health Care Appeal File







REGULATIONS: The rules governing this issue are:

**California Code of Regulations, Title 15, Sections**
**CCR 3084.1. Right to Appeal.**
**CCR 3350. Provision of Medical Care and Definitions.**
**CCR 3350.1. Medical Treatment/Service Exclusions.**
**CCR 3350.2. Off-Site Health Care Treatment.**
**CCR 3351. Inmate Refusal Of Treatment.**
**CCR 3352. Medical Authorization Review Committee.**
**CCR 3354. Health Care Responsibilities and Limitations.**
**CCR 3360. Availability of Mental Health Services.**



DECISION: The appeal is granted in part at the second level of review.

Mr. McQueen, you were interviewed at the first level of review and at that time allowed to discuss your appeal issues. Your appeal, electronic Unit Health Record (eUHR), and all pertinent departmental policies and procedures were reviewed for this response.

Your request to be seen by a physician in the A Yard Clinic was partially granted. During your first level interview on December 24, 2014 you were seen by Dr. Pettersen regarding your request for an assessment for SRS and hair electrolysis removal. Dr. Peterson said you would be referred to Mental Health for a psychiatric evaluation. Dr. Pettersen stated that once the psychiatric evaluation is complete you would be scheduled to be seen for a possible referral to the endocrinologist or transgender specialist.

January 7, 2015 you were seen in the Mental Health Department for a transgender assessment in response to the Mental Health Referral provided by Dr. Peterson. During your interview, Dr. Rose, Staff Psychiatrist, said you were last seen in December for a medication review and you were being followed for depression. Dr. Rose said you report longstanding transgender issues and you denied depression and your medication compliance was good. Dr. Rose said your request for SRS assessment would be referred to the Chief Psychiatrist. You are currently enrolled in the Correctional Clinical Case Management System (CCCMS) level of care and as long as you are in the CDCR Mental Health Program, your case will be reviewed and evaluated on a continuous basis to determine the proper placement and treatment plan for you.

If you do not receive a ducat within the next three weeks regarding a follow-up with a physician for a possible referral to an endocrinologist or to the Mental Health Department regarding your request for further SRS assessment, you may fill out and submit a Health Care Services Request Form (7362) or a Self-Referral for Mental Health Evaluation form to determine the status of those follow-up appointments.

As an inmate/patient enrolled in the Chronic Care Program (CCP), you are reviewed and evaluated on a continuous basis to determine your proper treatment plan. As a member of that treatment team, you are encouraged to participate actively in the process and it is apparent from the review of your health care chart that your treatment here at MCSP has been appropriate and timely. This institution's health care service endeavors to provide appropriate medical care and treatment commensurate with the community health care standards.

If you are dissatisfied, CCR 3354 (c) Private Consultation; allows for private consultation at the patient's own expense. In addition to the costs of such consultations or examinations, you will also be responsible for additional fees incurred for the use of custody and transportation, as deemed necessary for safety. Please review this section for more information.

Your name does not appear on the Equally Effective Communication to Inmates with Less than 4.0 T.A.B.E. Reading Score and Learning Disabled Memorandum; however, you do not have a T.A.B.E. score listed at this time and effective communication was achieved during your interview. You are not listed as Developmentally Disabled under the Effective Communication Plan, nor are you hearing or vision impaired under the American's with Disabilities Act (ADA) or the Armstrong Remedial Plan (ARP). You will be scheduled for an interview with a staff member from the Health Care Appeals Office to ensure effective communication has been achieved for the purpose of this Health Care Appeal and to ensure your understanding of this written response.

You are advised that this issue may be submitted for a Director's Level of Review if desired.

W. David Smiley
Chief Executive Officer
Health Care Services
Mule Creek State Prison

C:      C-File
        Appeal File

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

# MEMORANDUM

| | | |
|---|---|---|
| Date | : | March 4, 2015 |

| | | |
|---|---|---|
| To | : | Mc Queen, E93133 |
| | | A 002 1105001U |
| | | Mule Creek State Prison |

Dear Mr. McQueen,

The Health Care Appeals Office received your appeal number MCSP HC 14045912 with Section F completed requesting a Director's Level Review.

Please be advised that the Title 15 Sections 3084.2 (d) states: "the appellant shall mail the appeal and supporting documents to the third level Appeal Chief via the United States mail service, utilizing his or her own funds, unless the appellant is indigent in which case the mailing of appeals to the third level of review shall be processed in accordance with indigent mail provisions pursuant to section 3138."

Your appeal is being returned to you for mailing.

The new mailing address for the Office of Third Level Appeals is:

> Health Care Appeals
> Attn: Chief, Building C
> PO Box 588500
> Elk Grove, CA 95758

Sincerely,

E. Whitlock

E. Whitlock
Health Care Appeals Coordinator (A)
Health Care Appeals Office
Mule Creek State Prison



c: Correspondence File
   Health Care Appeals Office

0464806

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☑    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | | HOUSING |
|---|---|---|---|
| LAMAR McQUEEN | E93133 | I CAB MAR 10 2015 | A-5-120 |

PATIENT SIGNATURE    [signature]      DATE    11-21-14

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) AS A PRE-TEEN IVE MET THE CRITERIA AS A GENDER IDENTITY DISORDER (GID) AS A MALE WHOM IDENTIFIES AS A FEMALE AND NUMEROUS PLACEMENTS IN MENTAL HOSPITALS ETC. ALSO STARTED HORMONE THERAPY ETC. IM REQUESTING SEXUAL REASSIGNMENT SURGERY AND A ASSESSMENT EVEN IF ALLOWED, UNDER CURRENT DEPARTMENT GUIDELINES

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

*[stamps: COMPLETED FEB 26 2015, COMPLETED JAN 2014, RECEIVED NOV 25 2014]*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

## WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

# HEALTH CARE SERVICES REQUEST FORM

464805

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☐ |

NAME: LAMAR MCQUEEN

CDC NUMBER: E93133

HOUSING: A5-120

PATIENT SIGNATURE: [signature]

DATE: 11-21-14

I CAB
MAR 10 2015
HC APPEALS

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) AS A PRE-TEEN IVE MET THE CRITERIA AS A GENDER IDENTITY DISORDER (GID) AS A MALE WHOM IDENTIFIES AS A FEMALE AND NUMEROUS PLACEMENTS IN MENTAL HOSPITALS ETC. ALSO STARTED HORMONE THERAPY 6-8-11 IM REQUESTING SEXUAL REASSIGNMENT SURGERY AND A ASSESSMENT EVE [COMPLETED] [NOT ALLOWED] WITHIN CDCR CURRENT DEPARTMENT GUIDELINES

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

COMPLETED
0/9/15 2015
RECEIVED
NOV 25 2014
JAN 2015

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## IMPORTANT INFORMATION ABOUT YOUR
## HEALTH CARE VISIT

### WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed. That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit. The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request. This includes requests made for you by departmental staff, other inmates, your family or your attorney. If you request services that require more than one doctor, you will be charged for each initial visit with each doctor. This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account. If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist. It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

an emergency.

a communicable disease (such as HIV, AIDS, and TB).

mental health services.

follow up health care services recommended by a doctor, nurse, or dentist.

health care services necessary to comply with State law and regulations (e.g., annual TB testing).

reception center screening and evaluation.

inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

| STAFF USE ONLY | | | |
|---|---|---|---|
| Emergency Appeal: ☐ Yes ☒ No | Institution: MCSP HC | Log #: 1404 5912 | Category: |
| Signature: _Attschul_ Date: 11-25-14 | | FOR STAFF USE ONLY | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.                    WRITE, PRINT, or TYPE CLEARLY.

| Name (Last, First): McQUEEN LAMAR | CDC Number: E93133 | Unit/Cell Number: A5-120 | Assignment: |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
TRANSGENDER SEXUAL REASSIGNMENT SURGERY (SRS)

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): IVE BEEN DEEMED
WITH A PROFOUND GENDER IDENTITY DISORDER (GID) A PATIENT
CURRENTLY HOUSED MCSP-EOP AND HAVE BEEN PSYCHIA-
TRICALLY HOSPITALIZED IN THE COMMUNITY AND ON THE

B. Action requested (If you need more space, use Section B of the CDCR 602-A): 1) TO BE PROVIDED
AN PSY. ASSESSMENT FOR SURGERY. 2) MCSP-FACILITY "A"
PCP FOR AN ASSESSMENT FOR SURGERY. 3) HAIR ELECTROLYSIS
REMOVAL. 4) SEX REASSIGNMENT SURGERY (SRS)

☑ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

MENTAL HEALTH 7362

MEDICAL 7362

☐ No, I have not attached any supporting documents. Reason: _____

| Patient/Inmate Signature: _signature_ | Date Submitted: 11-24-14 |
|---|---|

☐ By placing my initials in this box, I waive my right to receive an interview.

| C. First Level - Staff Use Only | Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No |
|---|---|

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction) : Date: ___ Date: ___ Date: ___ Date: ___

☐ Cancelled (See attached letter): Date: ___

☒ Accepted at the First Level of Review

Assigned to: C. Clinic     Title: MD     Date Assigned: ___     Date Due: 1/9/15

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 12/24/14     Interview Location: A Clinic

Your appeal issue is: ☐ Granted ☒ Granted in part ☐ Denied ☐ Other:

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _Carroll Peter_ (Print Name)   Title: N.A.   Signature: _____   Date completed: 12/23/14

Reviewer: _C. Smith_ (Print Name)   Title: AT   Signature: _____

| HCAC Use Only |
|---|
| Date mailed/delivered to appellant: 1/9/15 |

Date received by HCAC: ___

☒ NCF 1-

*(stamps on page: COMPLETE NEED 2nd FEB 2 5 2015 HC APPEALS; 2nd STAFF JAN 6 5912 HC APPEALS; COMPLETED R2 JAN - 9 2014 5912 E HC APPEALS; HC APPEALS I CAB JUN 0 3 2015 COMPLETED; RECEIVED N NOV 2 5 2014 Y HC APPEALS; RECEIVED I CAB MAR 1 0 2015 HC APPEALS)*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

I'M dissatisfied with the decision to only GRANT MY APPEAL IN PART. I Have Already seen and had SEVERAL PSYCHIATRIC EVALUATION AS WELL AS SEEING A Endocrinologist (TRANSGENDER SPECIALIST) For WELL OVER (4) YEARS. MY Condition is WELL documented ON EVERY LEVEL SO THERE'S NO REASON TO DELAY MY SEX REASSIGNMENT SURGERY (SRS) ANYLONGER

Patient/Inmate Signature: _____  Date Submitted: 1.18.15

---

**E. Second Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached?  ☑ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction): Dates: ___ Date: ___ Date: ___ Date: ___

☐ Cancelled (See attached letter): Date: ___

☑ Accepted at the Second Level of Review.
Assigned to: Hiring Authority  Title: CEO  Date Assigned: ___  Date Due: 2/26/15

Second Level Responder: Complete a Second Level response. Include interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: NA   Interview Location: NA

Your appeal issue is: ☐ Granted ☑ Granted in part ☐ Denied   ☐ Other: ___

See attached letter. If dissatisfied with Second Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print Name)

Reviewer: D. Smiley  Title: CEO  Signature: D S-y
(Print Name)

Date received by HCAC: _____

HCAC Use Only
Date mailed/delivered to appellant 2/2/15

---

F. If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Office of Third Level Appeals – Health Care, California Prison Health Care Services, P.O. Box 4038, 660 Suite 400, Sacramento, CA 95812-4038. If you need more space, use Section F of the CDCR 602-A.

I HAVE GONE through EVER STEP I CAN, and more to RECEIVE RELIEF FOR MY GENDER DYSPHORIA FOR C.D.C.R to continue to DENIE MY REQUEST For SEX REASSIGNMENT and SURGERY AND ELECTROLYSIS HAIR REMOVAL is unconstitutional and Deli BERATE INDIFFERENCE. BECAUSE MY condition HAS BEEN VERIFIED.

Patient/Inmate Signature: Y. McDrow  Date Submitted: 3.6.15

---

**G. Third Level - Staff Use Only**

☐ Rejected (See attached letter for instruction): Date: ___ Date: ___ Date: ___ Date: ___

☐ Cancelled (See attached letter): Date: ___

☑ Accepted at the Third Level of Review
Your appeal is ☐ Granted ☑ Granted in part ☐ Denied   ☐ Other: ___

See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant   JUN 03 2015

---

Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

HC APPEALS
ICAR
JUN 0 3 2015
COMPLETED

Patient/Inmate Signature: _____  Date Submitted: _____
Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

**IAB USE ONLY** | Institution/Parole Region: MCSPHC | Log #: 1404 5912 | Category:

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.        WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): **McQUEEN LAMAR**   |   CDC Number: **E93133**   |   Unit/Cell Number: **A5-120**   |   Assignment:

**A. Continuation of CDCR 602, Section A only (Explain your issue):** HORMONE THERAPY FROM 6-2-11 TO DATE. MY EMOTIONS HAVE INTENSIFIED OVER THE YEARS AND IN CHILDHOOD I WAS FEMININE AND TRIED TO AMPUTATE MY PENIS CASTERATE MYSELF DUE TO MY EMOTIONAL TURMOIL. NOW IM SEEKING SURGERY CALLED THE WPATH PROTOCOL "TRIADIC THERAPY" AND ACCESS TO AN ASSESSMENT FOR MEDICALLY NECESSARY SRS DUE TO SEVERE PAIN AND CRITICAL FACTORS ULTIMATELY TO ALLEVIATE SYMPTOMS TO TREAT MY CONDITION. I HAVE OPENLY IDENTIFIED AS A FEMALE IN PRISON WITH DEVELOPED BREASTS AND FEMININE BODY SHAPE. WITHIN DENYING ME SRS EACH TIME I REQUEST IS INADEQUATE AND CONSTITUTES UNCONSTITUTIONALLY A DELIBERATELY INDIFFERENCE OF NEEDED TREATMENT AND IGNORING THE FACTS OF DEPRESSIONS SYMPTOMS OF GENDER DYSPHORIA IS NOT REASONABLE AND INAPPROPRIATE EVEN WITHIN CDCR IM ENTITLED TO MEDICALLY NECESSARY TREATMENT. AS PART OF THE GID TRANSITION IM REQUESTING HAIR ELECTROLYSIS REMOVAL AS PART OF THE TREATMENT.

Inmate/Parolee Signature: _(signature)_          Date Submitted: 11-24-14

COMPLETED 2nd FEB 26 2015 5912 HC APPEALS

RECEIVED 2nd 5912 HC APPEALS

COMPLETED JAN -9 2014 5912 HC APPEALS

RECEIVED NOV 25 2014 HC APPEALS

**B. Continuation of CDCR 602, Section B only (Action requested):**

RECEIVED I CAB MAR 18 2015 HC APPEALS

APPEALS I CAB JUN 03 2015 COMPLETED

Inmate/Parolee Signature: _(signature)_          Date Submitted: 11/24-14

LAMAR McQUEEN

v.                                          Case Number:

EDMUND BROWN et al

                                            PROOF OF SERVICE

GOVERNOR                              /


I hereby certify that on _____ 6·25/15 _____, I served a copy

of the attached __1983 COMPLAINT__

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

MULE CREEK STATE PRISON :

(List Name and Address of Each
Defendant or Attorney Served)
CLERK OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF
CALIFORNIA
501 "I" STREET, SUITE 4-200
SACRAMENTO, CA
                    95814


I declare under penalty of perjury that the foregoing is true and correct.

Y. McQueen

NINA McQUEEN

(Signature of Person Completing Service)