```
                    LAMAR MCQUEEN # E-93133
                    MCSP - A2-105
                    PO BOX 409020
                    IONE, CA 95640             (ORIGINAL)
```

TO: U.S. DISTRICT COURT
    CLERK OF THE COURTS

**FILED**
JUL 07 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SUBJECT: U.S.C. § 1983 CIVIL COMPLAINT

DATE: 6.13.15         2:15-W-1450 KJN (PC)

<u>DECLARATION BY L. MCQUEEN</u>

   IN REGARDS TO THE ABOVE-ENTITLED SUBJECT MATTER;

   ENCLOSED FIND AN ORIGINAL 1983 WITH COPY EXHIBIT OF 602 APPEAL AND A COPY THEREOF OF BOTH ALSO APPLICATION TO PROCEED IN FORMA PAUPERIS CERTIFICATE

   ENCLOSED IS MOTION AND IN SUPPORT THEREOF PLAINTIFF HAS BEEN IN EOP, MENTAL DEPARTMENT AND IS CURRENTLY UNDER CCCMS MENTAL HEALTH CARE AND IN SCHOOL DUE TO LIMITED ABILITIES TO READ, WRITE AND FUNCTION.

   I DECLARE UNDER THE PENALTY OF PERJURY THE ABOVE IS TRUE AND CORRECT.

DATE: 6.13.15
                                    _L. McQueen_
                                    LAMAR MCQUEEN