**FILED**

JUL 07 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

LAMAR MCQUEEN

              Plaintiff,

vs.

EDMUND BROWN et al

GOVERNOR,        Defendant.

CASE NO. 2:15-CV-1450 KJN (PC)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

    I, **LAMAR MCQUEEN**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief. **INCARCERATED**

    In support of this application, I provide the following information:

1.     Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ ⊖ _____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or               Yes ___ No ⊖
10          self employment
11     b.   Income from stocks, bonds,           Yes ___ No ⊖
12          or royalties?
13     c.   Rent payments?                       Yes ___ No ⊖
14     d.   Pensions, annuities, or               Yes ___ No ⊖
15          life insurance payments?
16     e.   Federal or State welfare payments,    Yes ___ No ⊖
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____ ⊖ _____
22 _____

23 3.   Are you married?                                  Yes ___ No ⊖
24 Spouse's Full Name: _____ ⊖ _____
25 Spouse's Place of Employment: _____ ⊖ _____
26 Spouse's Monthly Salary, Wages or Income: ⊖
27 Gross $_____ ⊖ _____ Net $ ⊖ _____
28 4.   a.   List amount you contribute to your spouse's support:$ ___ ⊖ _____

```
 1          b.     List the persons other than your spouse who are dependent upon you for
 2                 support and indicate how much you contribute toward their support. (NOTE:
 3                 For minor children, list only their initials and ages. DO NOT INCLUDE
 4                 THEIR NAMES.).                    ―0―
 5      _____
 6      _____
 7   5.     Do you own or are you buying a home?        Yes ____  No ✗
 8   Estimated Market Value: $_____ Amount of Mortgage: $_____
 9   6.     Do you own an automobile?                   Yes ____  No ✗
10   Make _____ Year _____ Model _____
11   Is it financed? Yes ____ No _____ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.     Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____―0―_____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash? Yes ____ No ✗ Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)  Yes ____ No ____                ―0―
20   _____
21   8.     What are your monthly expenses?
22   Rent: $ _____―0―_____  Utilities: _____
23   Food: $ _____―0―_____  Clothing: _____
24   Charge Accounts:
25   Name of Account          Monthly Payment           Total Owed on This Acct.
26   ____―0―____          $ ____―0―____           $ ____―0―____
27   _____          $ _____              $ _____
28   _____          $ _____              $ _____
```

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

∅

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

∅

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-22-15                               J. McQueen

DATE                                  SIGNATURE OF APPLICANT

1
2                                              Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                              **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of __MCQUEEN, LA MAR__ for the last six months
                                         [prisoner name]
14 _____MCSP_____ where (s)he is confined.
       [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ __0.00__ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $_____.
18
19 Dated: 6/25/15                              _____M. Ruh_____
                                                [Authorized officer of the institution]
20
21
...
28

# CDCR
## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| E93133 | MC QUEEN, LAMAR | MCSP | A 002 1 | 105001 |

**Current Available Balance:** $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 12/24/2014 | MCSP | BEGINNING BALANCE | | | | $0.05 |
| 02/18/2015 | MCSP | MEDICAL COPAY | MED 2/12 | | ($0.05) | $0.00 |
| 05/04/2015 | MCSP | KEEFE | 1120796R | | $50.00 | $50.00 |
| 05/04/2015 | MCSP | RESTITUTION FINE PAYMENT | | | ($25.00) | $25.00 |
| 05/04/2015 | MCSP | ADMINISTRATIVE FEE | | | ($2.50) | $22.50 |
| 05/05/2015 | MCSP | SALES | 33 | | ($22.50) | $0.00 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | 262509 | Fulfilled | $100.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | R271171 | Fulfilled | $200.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | 98F00236 | Active | $5,000.00 | $0.00 | ($25.00) | $2,817.12 |

# CDCR
## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| E93133 | MC QUEEN, LAMAR | MCSP | A  002 1 | 105001 |

**Current Available Balance:** $0.00

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 12/24/2014 | MCSP | BEGINNING BALANCE | | | | $0.05 |
| 02/18/2015 | MCSP | MEDICAL COPAY | MED 2/12 | | ($0.05) | $0.00 |
| 05/04/2015 | MCSP | KEEFE | 1120796R | | $50.00 | $50.00 |
| 05/04/2015 | MCSP | RESTITUTION FINE PAYMENT | | | ($25.00) | $25.00 |
| 05/04/2015 | MCSP | ADMINISTRATIVE FEE | | | ($2.50) | $22.50 |
| 05/05/2015 | MCSP | SALES | 33 | | ($22.50) | $0.00 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | |

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | 262509 | Fulfilled | $100.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | R271171 | Fulfilled | $200.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | 98F00236 | Active | $5,000.00 | $0.00 | ($25.00) | $2,817.12 |

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| E93133 | MC QUEEN, LAMAR | MCSP | A 002 1 | 105001 |

**Current Available Balance:** $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 12/24/2014 | MCSP | BEGINNING BALANCE | | | | $0.05 |
| 02/18/2015 | MCSP | MEDICAL COPAY | MED 2/12 | | ($0.05) | $0.00 |
| 05/04/2015 | MCSP | KEEFE | 1120796R | | $50.00 | $50.00 |
| 05/04/2015 | MCSP | RESTITUTION FINE PAYMENT | | | ($25.00) | $25.00 |
| 05/04/2015 | MCSP | ADMINISTRATIVE FEE | | | ($2.50) | $22.50 |
| 05/05/2015 | MCSP | SALES | 33 | | ($22.50) | $0.00 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | 262509 | Fulfilled | $100.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | R271171 | Fulfilled | $200.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | 98F00236 | Active | $5,000.00 | $0.00 | ($25.00) | $2,817.12 |

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

LAMAR MCQUEEN )
*Plaintiff* )
v. )  Civil Action No.
EDMUND BROWN )
*Defendant* )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: MCSP .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes     ☐ No
(b) Rent payments, interest, or dividends              ☐ Yes     ☐ No
(c) Pension, annuity, or life insurance payments       ☐ Yes     ☐ No
(d) Disability, or worker's compensation payments      ☐ Yes     ☐ No
(e) Gifts, or inheritances                             ☐ Yes     ☐ No
(f) Any other sources                                  ☐ Yes     ☐ No

(all "No" boxes circled)

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

4. Amount of money that I have in cash or in a checking or savings account: $ 0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

0

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

0

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

0

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

0

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10·13·15

Y. McQueen
Applicant's signature

LAMAR MCQUEEN
Printed name