FILED

AUG 19 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR McQUEEN, <br>     PLAINTIFF, <br><br> V. <br><br> EDMUND BROWN, et al., <br>     DEFENDANTS. | NO. 2:15-CV-145 JAM KJN P <br><br> REQUEST TO DISMISS WITHOUT PREJUDICE THE CLAIMS AND REVERSE THE FORMA PAUPERIS ORDER |

PLAINTIFF REQUEST THAT THE 42 U.S.C. § 1983 BE DISMISSED WITHOUT PREJUDICE AND ACCORDINGLY THE ORDER PURSUANT TO LOCAL RULES, ALSO MOOTS THE ORDER FOR PLAINTIFFS OBLIGATION TO PAY FILING FEES THAT ARE NOT APPROPRIATE DUE TO THE FACT THERE WILL BE NO MORE PROCEEDINGS IN THE ABOVE ACTION.

I LAMAR McQUEEN DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND PLACED IN THE U.S. MAIL AT MULE CREEK STATE PRISON IN IONE, CA. ON DATE: AUGUST, 14, 2015.

DATE: 8-14-15

                                            /s/ LAMAR McQUEEN