UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR McQUEEN, | No. 2:15-cv-1450 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND BROWN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 19, 2015, plaintiff filed a motion requesting that this action be dismissed without prejudice. (ECF No. 10.) In this motion, plaintiff also requests that the court rescind or reverse the order directing him to pay the filing fee. (Id.)

Plaintiff is informed that the order directing him to pay the filing fee cannot be rescinded or reversed. Because plaintiff filed this action, he is obligated to pay the filing fee. Because plaintiff's request to rescind or reverse the order directing him to pay the filing fee is denied, it is unclear whether plaintiff still requests dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to rescind or reverse the order directing him to pay the filing fee (ECF No. 10) is denied; within fourteen days of this order, plaintiff shall inform the court whether he still wishes to voluntarily dismiss this action; if plaintiff does not respond to this order, the court will grant plaintiff's request to dismiss this

1

action without prejudice.

Dated: August 31, 2015

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mcqu1450.59