UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR McQUEEN,<br><br>    Plaintiff,<br><br>    v.<br><br>EDMUND BROWN, et al.,<br><br>    Defendants. | No. 2: 15-cv-1450 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 19, 2015, plaintiff filed a motion requesting that this action be dismissed without prejudice. (ECF No. 10.) In this motion, plaintiff also requested that the court rescind or reverse the order directing him to pay the filing fee. (Id.)

On September 1, 2015, the undersigned issued an order informing plaintiff that because he filed this action, he was obligated to pay the filing fee. (ECF No. 11.) Plaintiff was granted fourteen days to inform the court whether he still wished to voluntarily dismiss this action. (Id.) The order further stated that if plaintiff did not respond to the order, the court would grant plaintiff's request to dismiss this action without prejudice.

Fourteen days passed and plaintiff did not respond to the September 1, 2015 order.

////

////

1     Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2 See Fed. R. Civ. P. 41(a).

3 Dated: September 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mc1450.dis