# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                                      **JUDGMENT IN A CIVIL CASE**

**LAMAR MCQUEEN,**

                                                     CASE NO: **2:15–CV–01450–JAM–KJN**

         v.

**EDMUND BROWN, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/23/15**

                                                    **Marianne Matherly**
                                                    Clerk of Court

    ENTERED: **September 23, 2015**

                                            by: /s/ M. Dillon
                                                   Deputy Clerk